**Opinion issued November 10, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00813-CV

_____

## IN RE LAURA WALKER, PA-C, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Laura Walker, PA-C, has filed a petition for writ of mandamus, requesting this Court to vacate the trial court's order granting a motion to reinstate and a motion for leave to file an untimely motion to reinstate.[1]

---

[1] The underlying case is *Brock Estes, as Heir of Melissa Estes, Deceased v. Laura Walker, PA-C*, Cause No. 2018-38478, pending in the 165th District Court of Harris County, Texas, the Honorable Ursula Hall presiding.

We deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Countiss and Rivas-Molloy.